**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

GARY McCLENDON, # 31125                                                              PETITIONER

vs.                                                              Civil Action No. 3:04-cv-854 HTW-JCS

LAWRENCE KELLY, ET AL.                                                              RESPONDENTS

## **FINAL JUDGMENT**

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same, hereby orders that the petition for writ of habeas corpus is dismissed with prejudice. The above-styled and numbered cause is fully and finally dismissed.

**SO ORDERED, THIS THE 24th day of August, 2007.**

**s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE**